UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| In re:<br><br>The Merit Group, Inc., f/k/a Lancaster Distributing Company, f/k/a Lancaster Paint Sundries, Inc.,<br><br>Debtor. | Chapter 11<br><br>Case No. 11-_______ |
| In re:<br><br>Merit Transportation, Inc.,<br><br>Debtor. | Chapter 11<br><br>Case No. 11-_______ |
| In re:<br><br>Merit Paint Sundries, LLC d/b/a Lancaster,<br><br>Debtor. | Chapter 11<br><br>Case No. 11-_______ |
| In re:<br><br>Merit Supply Company, LLC d/b/a Merit Supply,<br><br>Debtor. | Chapter 11<br><br>Case No. 11-_______ |
| In re:<br><br>Merit Pro Finishing Tools, LLC d/b/a Merit Trade Source,<br><br>Debtor. | Chapter 11<br><br>Case No. 11-_______ |
| In re:<br><br>Five Star Products, Inc.,<br><br>Debtor. | Chapter 11<br><br>Case No. 11-_______ |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Five Star Group, Inc. d/b/a Lancaster/Five Star, d/b/a Rightway, | ) | Case No. 11-_______ |
| Debtor. | ) | |

**CERTIFICATION REGARDING RELATED CASES**

The undersigned hereby certifies pursuant to Local Rule 1073-1 of the Local Rules for the United States Bankruptcy Court for the District of South Carolina (the "Local Rules") that the above-captioned debtors' cases should be treated as related cases pursuant to Local Rule 1073(a)(1), (a)(2), and (a)(3).

MCNAIR LAW FIRM, P.A

/s/ Michael M. Beal
Michael M. Beal (S.C. Dist. Ct. ID# 1253)
Robin C. Stanton (S.C. Dist. Ct. ID# 7438)
Elizabeth (Lisa) J. Philp (S.C. Dist. Ct. ID# 8033)
Michael H. Weaver (S.C. Dist. Ct. ID# 9847)
1221 Main Street, 18th Floor
Post Office Box 11390
Columbia, South Carolina 29211
Tel: (803) 799-9800
Fax: (803) 753-3277
mbeal@mcnair.net
rstanton@mcnair.net
lphilp@mcnair.net
mweaver@mcnair.net

*Proposed Counsel to the Debtors and Debtors-in-Possession*

May 16, 2011