UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

Case Number: 11 - __3216__

Case Number: 11 - __3217__

Case Number: 11 - __3218__

Case Number: 11 - __3219__

Case Number: 11 - __3220__

Case Number: 11 - __3221__

Case Number: 11 - __3222__

ORDER DIRECTING JOINT ADMINISTRATION
OF THE DEBTORS' RELATED CHAPTER 11 CASES

The foregoing motion having been considered, the Court being duly advised in the premises, and good cause appearing therefor; the relief set forth on the following pages, for a total of __5__ pages including this page,

IS HEREBY ORDERED.

**FILED BY THE COURT
05/17/2011**



US Bankruptcy Judge
District of South Carolina

Entered: 05/17/2011

1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| The Merit Group, Inc., f/k/a Lancaster Distributing Company, f/k/a Lancaster Paint Sundries, Inc., | ) ) ) | Case No. 11- 3216 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| Merit Transportation, Inc., | ) | Case No. 11- 3217 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| Merit Paint Sundries, LLC d/b/a Lancaster, | ) ) | Case No. 11- 3218 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| Merit Supply Company, LLC d/b/a Merit Supply, | ) ) | Case No. 11- 3219 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| Merit Pro Finishing Tools, LLC d/b/a Merit Trade Source, | ) ) | Case No. 11- 3220 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| Five Star Products, Inc., | ) | Case No. 11- 3221 |
| | ) | |
| Debtor. | ) | |

|   |   |   |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| Five Star Group, Inc. | ) | Case No. 11-__3222__ |
| d/b/a Lancaster/Five Star | ) |  |
| d/b/a Rightway, | ) |  |
|  | ) |  |
| Debtor. | ) |  |

## ORDER DIRECTING JOINT ADMINISTRATION OF
## THE DEBTORS' RELATED CHAPTER 11 CASES

Upon the motion (the "Motion")[1] of The Merit Group, Inc. and its affiliates ("Merit Group" or the "Debtors"), the above-captioned debtors and debtors-in-possession, seeking entry of an order directing the joint administration of the above-captioned Chapter 11 cases (the "Order"); it appearing that the relief requested herein is in the best interests of the Debtors' estates, their creditors and other parties in interest; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that notice of the Motion and opportunity for a hearing on the Motion was appropriate under the circumstances and that no other or further notice with respect to the Motion need be given; and after due deliberation and sufficient cause appearing therefore, it is HEREBY ORDERED:

1. The Motion is granted.

2. The Chapter 11 Cases are consolidated for procedural purposes only and shall be jointly administered by this Court under Case No. 11-__3216__ (__hb__).

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

3. The consolidated caption (the "Caption") for the jointly administered Chapter 11 Cases should read as follows:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| The Merit Group, Inc., *et al.*, | ) | Case No. 11 - <u>3216</u> |
| | ) | |
| Debtors.¹ | ) | (Joint Administration Requested) |
| | ) | |

4. The footnote to the Caption should read as follows:

The Debtors and the last four digits of their respective tax identification numbers are: The Merit Group, Inc., f/k/a Lancaster Distributing Company, f/k/a Lancaster Paint Sundries, Inc. (4224); Merit Transportation, Inc. (9048); Merit Paint Sundries, LLC d/b/a Lancaster (8882); Merit Supply Company, LLC d/b/a Merit Supply (5878); Merit Pro Finishing Tools, LLC d/b/a Merit Trade Source (8544); Five Star Products, Inc. (9186); and Five Star Group, Inc., d/b/a Lancaster/Five Star, d/b/a Rightway (3506).

5. The Court will make an entry on the docket of each of the Chapter 11 Cases, other than this case, that is substantially similar to the following:

An order has been entered in accordance with Rule 1015(b) directing joint administration of the Chapter 11 Cases of The Merit Group, Inc. All further pleadings and other papers shall be filed in, and all further docket entries shall be made in, Case No. 11-<u>3216</u> (<u>hb</u>).

6. One consolidated docket and one file shall be maintained by the Debtors and kept by the Clerk of the United States Bankruptcy Court for the District of South Carolina. Furthermore, one consolidated service list shall be maintained by the Debtors' claims, noticing and balloting agent whose retention is authorized by this Court to assist the Debtors in these Chapter 11 Cases.

7. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise affecting substantive consolidation of the Debtors' Chapter 11 Cases.

8. The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

9. All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

10. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**AND IT IS SO ORDERED.**